FILED
CHARLOTTE, NC

JUL 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# United States Federal Court
# Western District of North Carolina
# Charlotte Division

3:25- CV- 524- GCM

Date: July 17, 2025

**Federal Case No. – TBD**

Antoinette Brainard                              **PLAINTIFF**

vs.

Judge Beyers                                         **DEFENDANT**

## MOTION TO FILE CLAIM FOR MALICIOUS PROSECUTION AGAINST JUDGE BEYERS

COMES NOW the Plaintiff, Antoinette Brainard, and respectfully moves this Honorable Court to allow a cause of action for malicious prosecution against Defendant Judge Beyers, in their individual and personal capacity, and in support thereof alleges as follows:

I.     **Introduction:**

   a. Plaintiff brings this motion based on actions taken by Defendant Judge Beyers that fall outside the scope of judicial immunity and represent a willful, malicious, and unlawful initiation and perpetuation of civil charges against the Plaintiff without probably cause and with malice.

II.     **Statement of Facts:**

a. On or about October 29th, 2024, Judge Beyers ruled against me in a bankruptcy case disregarding the actual evidence and made claims against me based on her opinions and feelings; documented in the transcript. Additionally, she made me share my personal medical information against my will in front of a court room full of people. She ignored evidence provided under oath and completely ignored the fact that the burden of proof falls on the plaintiff and NOT the defendant. She also dismissed several motions that I filed, with prejudice, simply because she didn't believe me that I have medical issues and also made statements that my letters were from a nurse and not a doctor and therefore irrelevant. This is also found in the transcript. She has been cruel and has abused her power from the beginning of my case. She has also expedited the sale of my house ignoring the fact that I have appealed her decision and a date has not yet been set for my appeal.

b. The decision was unfounded and not based on facts.

c. Judge Beyers acted outside the bounds of Judicial authority by abusing her power as stated above. The burden of proof should always be on the Plaintiff. If this were a criminal trial, or someone was on trial for murder, nowhere in the United States, could a Judge make statements such as, *I think,* or *in my opinion,* or I *have a feeling that this isn't true,* would **NEVER** hold up, much less make a final judgement ruling against the defendant. This is exactly what happened to me.

d. These acts were not undertaken as part of normal Judicial functions and were performed in the absence of Jurisdiction.

e. Additionally, my previous attorney made disparaging remarks about me which included statements that I asked her to lie for me or do unlawful things which were NOT true. Based on her actions, it prevented me from hiring an attorney, which also led to her decision; another fact Judge Beyers was aware of and ignored. In fact, the very first time I was in the court room, I shared these details with Judge Beyers, to which she had no reaction. The opposing attorney even made a statement which is in the transcript, speaking to the fact that I would NEVER be able to hire an attorney. How can this be legal and just?

f. I explained to the Judge several times that I did not understand what she or the opposing attorney were saying or discussing, but it didn't

matter. The case continued to move forward even though I had been "blacklisted" and unable to get an attorney. How can this be just, and how can a Judge who is fair, ethical and with compassion allow this?

III. **Legal Standard:** Malicious Prosecution Requires:
   a. Initiation or continuation of legal proceedings.
   b. Lack of probable cause/evidence.
   c. Malice; with Prejudice.
   d. Termination in favor of the accused.
   e. Resulting damage…loss of home, emotional distress, PTSD, defamation of character, causing health to deteriorate due to stress based on her abuse of power.

IV. **Argument:**
   a. Defendant Judge Beyers acted outside judicial capacity by making a decision based on feelings, opinions and not based on the evidence. In addition, she did not require the Plaintiff to provide the burden of proof. These actions are not protected by absolute judicial immunity. The Plaintiff was subjected to false, malicious charges, defamation of character and even racism resulting in harm to reputation, liberty and livelihood.

V. **Prayer for Relief:**
   a. Wherefore, Plaintiff respectfully requests that this Court:

i. Allow the claim of malicious prosecution to proceed against Judge Beyers in their individual capacity.

ii.      Award compensatory and punitive damages in an amount to be determined at trial. (market value of family home or reverse her decision and reinstate my Chapter 13)

iii.      Grant any such other relief as the Court deems just and proper.  Hold the Judge accountable for obstructing the law due to her own prejudice.

Respectfully submitted, July 17th, 2025

Pro Se: Antoinette S. Brainard
420 Zander Woods Court
Telephone:  704-220-8448
Email: Tsabater31@gmail.com

**Signed:** _Antoinette S. Brainard_